IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MATTHEW SANDOFSKY,** individually and on behalf of all similarly situated individuals. | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **GOOGLE LLC,** | ) ) |
| **Defendant.** | ) ) |

Case No.: 1:21-cv-10052-FDS

**DEFENDANT GOOGLE LLC'S ASSENTED-TO MOTION TO EXTEND
TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Defendant Google LLC ("Google") hereby moves, pursuant to Fed. R. Civ. P. 6(b)(1) and with the assent of Plaintiff Matthew Sandofsky ("Plaintiff"), for a 30-day extension of time to answer or otherwise respond to Plaintiff's Amended Complaint, through and including April 30, 2021. In support hereof, Google states as follows:

1.  On March 10, 2021, Plaintiff caused a copy of the Amended Complaint and Summons to be served on Google. To date, Plaintiff has not filed the Proof of Service.

2.  Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the current deadline for Google to respond to the Amended Complaint is Wednesday, March 31, 2021.

3.  In order to give Google sufficient time to review the allegations in the Amended Complaint and prepare its response, Google has requested to extend its deadline to respond to the Amended Complaint until **April 30, 2021.** Plaintiff consents to Google's requested extension.

4.  Google therefore respectfully requests that this Court GRANT its request to extend its deadline to respond to the Amended Complaint until **April 30, 2021**.

                Respectfully Submitted,

                */s/ Emily E. Gianetta*
                Christopher S. Finnerty (BBO # 657320)
                Jennifer J. Nagle (BBO # 669325)
                Morgan T. Nickerson (BBO # 667290)
                Emily E. Gianetta (BBO # 687585)
                K&L GATES LLP
                State Street Financial Center
                One Lincoln Street
                Boston, MA 02111
                T:  (617) 261-3100
                F: (617) 261-3175
                chris.finnerty@klgates.com
                jennifer.nagle@klgates.com
                morgan.nickerson@klgates.com
                emily.gianetta@klgates.com

Dated:  March 26, 2021                *Attorneys for Defendant Google LLC*

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Emily E. Gianetta, counsel for the Defendant, hereby certify that Defendant's counsel has conferred with Plaintiff's counsel of record and that Plaintiff has assented to this Motion.

*/s/ Emily E. Gianetta*
    Emily E. Gianetta

## **CERTIFICATE OF SERVICE**

I, Emily E. Gianetta, hereby certify that on this 26th day of March, 2021, this Assented-To Motion to Extend Time to Answer or Otherwise Respond to Amended Complaint, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


*/s/ Emily E. Gianetta*
    Emily E. Gianetta