Matthew Sandofsky, Esq.
90 Canal Street, 4th Floor
Boston, MA 02114

FILED
IN CLERKS OFFICE
2021 JUN -3 PM 1:04
U.S. DISTRICT COURT
DISTRICT OF MASS.

## U.S. DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Matthew Sandofsky, individually and on behalf of all similarly situated individuals.<br><br>Plaintiff,<br>v.<br><br>Google, a corporation.<br><br>Defendant. | Case No.:1:21-cv-10052-FDS |

### MEMO IN OPPOSITION TO DEFENDANT GOOGLE LLC'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS

If Defendant would like to reply to any claims stated in my Amended Complaint or related documents, it should do so in an Answer. Defendant has no trouble understanding the allegations lodged against it and pursues its Motion to Dismiss in bad faith. Providing Defendant further opportunity to call every statement of fact a threadbare recitation and every legal argument a legal conclusion will do nothing to advance the interests of justice. I request this Court deny Defendant's Motion for Leave and allow this case to advance to its merits.

Dated: June 3, 2021

_____,
Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Matthew Sandofsky
90 Canal Street, 4th Floor
Boston, Ma 02114
(617)817-1785
mls@sandofskylaw.com